**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     David Michael Starks v. The State of Texas

Appellate case number:   01-13-00830-CR

Trial court case number: 1397088

Trial court:              178th District Court of Harris County

On November 8, 2013, we abated this case for a hearing regarding appellant's request to proceed pro se. We are in receipt of a clerk's record showing the trial court has allowed appellant's attorney to withdraw, and appellant is now pro se. We therefore reinstate this case on our active docket. Appellant has previously filed his brief. Appellee's brief, if any, will be due 30 days from the date of this order. TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: ___/s/ Justice Harvey Brown
                   X Acting individually

Date: January 9, 2014